ZULMA VILLALBA, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Respondents.

Submitted September 8, 2008; decided November 20, 2008

Motion by the Council of School Supervisors and Administrators for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.